# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

154442(153)(155)(157)

ALI BAZZI,
   Plaintiff-Appellant,
and

GENEX PHYSICAL THERAPY, INC. and
ELITE CHIROPRACTIC CENTER, PC,
   Intervening Plaintiffs-Appellants,
and

TRANSMEDIC, LLC,
   Intervening Plaintiff-Appellee,

v

SENTINEL INSURANCE COMPANY,
   Defendant/Third-Party
   Plaintiff-Appellee,
and

CITIZENS INSURANCE COMPANY,
   Defendant-Appellee,
and

HALA BAYDOUN BAZZI and
MARIAM BAZZI,
   Third-Party Defendants-Appellees.
_____/

SC: 154442
COA: 320518
Wayne CC: 13-000659-NF

On order of the Chief Justice, the motion of QBE Insurance Company to file a brief amicus curiae is GRANTED. The amicus brief submitted on November 1, 2017, is accepted for filing. The motion of plaintiff-appellant to extend the time for filing his reply brief is GRANTED. The reply brief will be accepted as timely filed if submitted on or before November 8, 2017. The motion of the Michigan Municipal Risk Management Authority to file a brief amicus curiae is GRANTED and the amicus brief submitted on November 6, 2017, is accepted for filing but the motion to participate in oral argument is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2017



Clerk